ANDERSON KILL & OLICK, PC
Michael J. Lane (ML-0746)
Luma Al-Shibib (LA-4179)
1251 Avenue of the Americas
New York, New York 10020-1182
Telephone: (212) 278-1000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAMPSHIRE EQUITY PARTNERS II, LP,<br><br>                          Plaintiff,<br><br>vs.<br><br>TERADYNE INC., and TERADYNE CONNECTION SYSTEMS DIVISION,<br><br>                          Defendants. | Civil Action No. 04-CV3318 (LAP)<br><br>NOTICE OF APPEAL |

Notice is hereby given that Hampshire Equity Partners II, LP ("Hampshire"), plaintiff in the above-captioned matter, hereby appeals to the United States Court of Appeals for the Second Circuit from a Judgment by the Clerk of the Court, entered in this action on the 7th day of April 2005[1] granting defendants' motion to dismiss the complaint.

Dated: New York, New York
        May 6, 2005

ANDERSON KILL & OLICK, P.C.

By: _____
    Michael J. Lane (ML-0746)
    Luma Al-Shibib (LA-4179)
    1251 Avenue of the Americas
    New York, New York 10020
    (212) 278-1000

Attorneys for Plaintiff
HAMPSHIRE EQUITY PARTNERS II, LP

---

[1] The April 7, 2005 Judgment of the Court, Docket No. 28, and the March 30, 2005 Memorandum and Order, Docket No. 27, are annexed hereto as Exhibit "A."

NYDOCS1-777343.1

## SERVICE LIST

Anthony L. Paccione, Esq.
KMZ ROSENMAN
575 Madison Avenue
New York, New York 10022-2585

Jordan D. Hershman, Esq.
TESTA, HURWITZ & THIBEAULT, LLP
125 High Street
Boston, MA 02110

KIRSCHSTEIN, OTTINGER, ISRAEL & SCHIFFMILLER, P.C
489 Fifth Avenue 17th Floor
New York, NY 10017

NYDOCS1-777343.1